UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTHUR J.,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. C23-1773 RSM<br><br>**ORDER AMENDING THE<br>SCHEDULING ORDER** |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including May 3, 2024, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including May 17, 2024, to file the optional Reply Brief.

DATED this 19th day of April, 2024.

_____
Ricardo S. Martinez
United States District Judge

ORDER AMENDING THE SCHEDULING ORDER - 1